# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 09-cv-00397-REB-MEH
(Consolidated with Civil Action Nos. 09-cv-00398-REB-MEH, 09-cv-00399-REB-MEH, 09-cv-00400-REB-MEH, 09-cv-1064-REB-MEH, 09-cv-1065-REB-MEH, 09-cv-01066-REB-MEH, 09-cv-01067-REB-MEH, 09-cv-02208-REB-MEH, 09-cv-02209-REB-MEH, 09-cv-02210-REB-MEH, 09-cv-02412-REB-MEH, 10-cv-00400-REB-MEH, and 10-cv-01948-REB-MEH)

JULIE HART,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

---

Civil Case No. 10-cv-02157-REB-KLM

KEITH DALICK,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

---

Civil Case No. 10-cv-02199-ZLW

LAURA RIVAS-VALERO,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONSOLIDATE**

**Blackburn, J.**

The matter before me is **Defendant's Unopposed Motion To Consolidate** [#110], filed September 24, 2010. I grant the motion.

As I found in previous orders granting consolidation in this matter, these newly instituted actions, Civil Case No. 10-cv-02157, ***Dalick v. The Boeing Company, Inc.***, and Civil Case No. 10-cv-02199, ***Rivas-Valero v. The Boeing Company, Inc.***, implicate questions of law and fact common to those arising in the cases previously consolidated. (**See Order Granting Motion To Consolidate and Denying Motions To Dismiss Without Prejudice** [#32], filed June 15, 2009; **Order Granting Defendant's Unopposed Motion To Consolidate Related Actions** [#49], filed September 28, 2009; **Order Granting Defendant's Unopposed Motion To Consolidate Related Actions** [#52], filed October 15, 2009; **Order Granting Defendant's Unopposed Motion To Consolidate** [#78], filed March 3, 2010; **Order Granting Defendant's Unopposed Motion To Consolidate** [#86], filed March 17, 2010; **Order Granting Defendant's Unopposed Motion To Consolidate** [#107], filed August 25, 2010.) Consolidation of these actions into Civil Case No. 09-cv-00397-REB-MEH will be appropriate and efficacious. *See* **FED.R.CIV.P.** 42(a); ***Breaux v. American Family Mutual Insurance Co.***, 220 F.R.D. 366, 367 (D. Colo. 2004).

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant's Unopposed Motion To Consolidate** [#110], filed September 24, 2010, is **GRANTED**;

2. That pursuant to Fed.R.Civ.P. 42(a) and D.C.COLO.LCivR 42.1, Civil Case No. 10-cv-02157-REB-KLM and Civil Case No. 10-cv-02199-ZLW are **CONSOLIDATED** with Civil Case No. 09-cv-00397-REB-MEH for all purposes;

3. That pursuant to D.C.COLO.LCivR 42.1, Civil Case No. 10-cv-02157-REB-MJW is **REASSIGNED** and Civil Case No. 10-cv-02199-ZLW is **ASSIGNED** to Magistrate Judge Michael Hegarty; and

4. That all future filings in these consolidated actions shall be captioned as shown below:

---

Civil Case No. 09-cv-00397-REB-MEH
(Consolidated with Civil Action Nos. 09-cv-00398-REB-MEH, 09-cv-00399-REB-MEH, 09-cv-00400-REB-MEH, 09-cv-1064-REB-MEH, 09-cv-1065-REB-MEH, 09-cv-01066-REB-MEH, 09-cv-01067-REB-MEH, 09-cv-02208-REB-MEH, 09-cv-02209-REB-MEH, 09-cv-02210-REB-MEH, 09-cv-02412-REB-MEH, 10-cv-00400-REB-MEH, 10-cv-00552-REB-MEH, 10-cv-01948-REB-MEH, 10-cv-02157-REB-MEH, and 10-cv-02199-REB-MEH)

JULIE HART,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

---

Dated September 30, 2010, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge