**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00397-REB-MEH
(Consolidated with Civil Action Nos. 09-cv-00398-REB-MEH, 09-cv-00399-REB-MEH, 09-cv-00400-REB-MEH, 09-cv-1064-REB-MEH, 09-cv-1065-REB-MEH, 09-cv-01066-REB-MEH, 09-cv-01067-REB-MEH, 09-cv-02208-REB-MEH, 09-cv-02209-REB-MEH, 09-cv-02210-REB-MEH, 09-cv-02412-REB-MEH, 10-cv-00400-REB-MEH, 10-cv-00552-REB-MEH, 10-cv-01948-REB-MEH, 10-cv-02157-REB-MEH, and 10-cv-02199-REB-MEH)

JULIE HART,

    Plaintiff,

v.

THE BOEING COMPANY, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal With Prejudice** [#146] filed February 28, 2011.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal With Prejudice** [#146] filed February 28, 2011, is **APPROVED**;

    2.  That the Trial Preparation Conference set for March 18, 2011, **VACATED**;

    3.  That the jury trial set to commence April 4, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 28, 2011, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge